UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN NEWTON, individually and on
behalf of all other similarly situated,

                JUDGMENT
                16 CV 04578 (RJD) (RLM)

                Plaintiff,

    -against-

KRAFT HEINZ FOODS COMPANY, and
DAISY BRAND, LLC,

                Defendants.
-----------------------------------------------------------X

      A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge having been filed on December 18, 2018, granting Defendants' motions to dismiss as to all claims; it is

      ORDERED and ADJUDGED that Defendants' motions to dismiss are granted as to all claims.

| | |
|---|---|
| Dated: Brooklyn, New York<br>      December 19, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Jalitza Poveda*<br>       Deputy Clerk |